# CIVIL COVER SHEET

*(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| (a) **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| (b) *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- U.S. Government Plaintiff
- U.S. Government Defendant
- Federal Question *(U.S. Government Not a Party)*
- Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ | ☐ | Incorporated or Principal Place of Business In | ☐ | ☐ |
| Citizen of Another State | ☐ | ☐ | Incorporated and Principal Place of Business In | ☐ | ☐ |
| Citizen or Subject of a Foreign Country | ☐ | ☐ | Foreign Nation | ☐ | ☐ |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| | PERSONAL INJURY / PERSONAL INJURY | | | |
| | PERSONAL PROPERTY | LABOR | SOCIAL SECURITY | |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | | FEDERAL TAX SUITS | |
| | | Habeas Corpus: | | |
| | | IMMIGRATION | | |

**PROPERTY RIGHTS**

**V. ORIGIN** *(Place an "X" in One Box Only)*

- Original Proceeding
- Removed from State Court
- Remanded from Appellate Court
- Reinstated
- Reopened
- Transferred from Another District *(specify)*
- Multidistrict Litigation

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

**VII. Previous Bankruptcy Matters** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☐ ☐

**IX. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE DOCKET NUMBER

**X. This case** (check one box) ☐ Is not a refiling of a previously dismissed action ☐

**DATE** **SIGNATURE OF ATTORNEY OF RECORD**