UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARL MONTINO,

        Plaintiff,

                                Case No: 1:14-cv-07217

AUXILIUM PHARMACEUTICALS, INC.,

        Defendant.

_____/

**PLAINTIFF'S RULE 41(a)(1)(A) NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, by undersigned Counsel, hereby voluntarily dismisses his complaint, without prejudice, against Defendant, AUXILIUM PHARMACEUTICALS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A).

                                                     /S/ Brian T. Dailey
                                                     One of Plaintiff's Attorneys

Brian T. Dailey (6199883)
Dailey Law Firm, P.C.
30 N. LaSalle St., Suite 3200
Chicago, IL 60602
(312) 867-8800
Fax: (312) 765-7199
brian@daileylawyers.com